UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MITCHELL HOLLAND,

    Plaintiff,

v.                                              Case No.  5:20-cv-340-TKW/MJF

STATE OF FLORIDA, *et al.*,

    Defendants.
_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 8).  Plaintiff filed objections to the Report and Recommendation (Doc. 9) along with two documents titled "additional statement of fact" (Docs. 10, 11).  The Court reviewed the issues raised in Plaintiff's filings de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to state a claim upon which relief can be granted.

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED with prejudice** pursuant to 28 U.S.C. §§1915(e)(2) and 1915A based on Plaintiff's failure to state a claim upon which relief can be granted.

3. The Clerk shall close the case file.

**DONE AND ORDERED** this 14th day of June, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**